UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  **NOTICE OF MOTION**

      -vs-

                                  Docket No. 16-CR-155 (JLL)

GUY GENTILE,

          Defendant.

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon (1) the accompanying memorandum of law (2) and affidavit of Adam C. Ford, Esq., and exhibits attached thereto, and (3) affidavit of Guy Gentile, and upon all prior proceedings had herein, the undersigned will move this Court before the Honorable Jose L. Linares, at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, on September 8, 2016 or at such a date and time as the Court may direct, for an Order dismissing the Indictment with prejudice, and any other relief that this Court deems just and proper. Oral argument is requested.

Dated: New York, New York
          July 14, 2016

Respectfully submitted,

_[signature]_                                            _[signature]_

Chad D. Seigel, Esq.                            Adam C. Ford, Esq.
Law Offices of Tacopina & Seigel, P.C.       Ford O'Brien LLP
275 Madison Avenue, 35 Floor              85 Broad Street
New York, New York 10016                 New York, New York 10004
Tel: (212) 227-8877                             Tel: (212) 858-0040
Email: cseigel@tacopinalaw.com           Email: aford@fordobrien.com
*Attorneys for Defendant Guy Gentile*        *Attorneys for Defendant Guy Gentile*

To:  Honorable Jose L. Linares
     United States District Court
     for the District of New Jersey
     Martin Luther King Building and U.S. Courthouse
     50 Walnut Street
     Newark, New Jersey 07101

     Nicholas Grippo Esq.
     Assistant United States Attorney
     United States Attorney's Office
     District of New Jersey
     970 Broad Street
     Newark, New Jersey 17102