# Exhibit K

Tuesday, July 5, 2016 at 8:12:49 PM Eastern Daylight Time

**Subject:** RE: Guy Gentile
**Date:** Sunday, October 20, 2013 at 4:29:52 PM Eastern Daylight Time
**From:** Grewal, Gurbir (USANJ)
**To:** Adam Ford
**CC:** Grippo, Nicholas (USANJ)

Adam -

We are fine with him going this week, with the understanding that if we need him he will fly back.

Gurbir

-----Original Message-----
From: Adam Ford [mailto:aford@harrisobrien.com]
Sent: Sunday, October 20, 2013 2:14 PM
To: Grewal, Gurbir (USANJ)
Subject: Guy Gentile

Hi Gurbir,

   Do you have any further information regarding Mr. Gentile's authority to travel tomorrow?

--Adam

Sent from my iPhone

Page 1 of 1