# Exhibit N

7/7/2016 tbQ-55zPVG8Au0By-ka2iaO0D2g0gG8roYqYM-r0aGL29UyyY7w4VfZuJzdfd-e9B7rFO-j5dHuF6_qCk3bD34lh86F4ipe1-nBh9_hZfJX7Waf...

Case 2:16-cr-00155-JLL Document 14-17 Filed 07/14/16 Page 2 of 5 PageID: 227

**U.S. Department of Justice**
**Federal Bureau of Investigation**

*1000 Custer Hollow Road*
*Clarksburg, WV 26306-0001*

Official Business
Penalty for Private Use $300

**Return Service Requested**

**PERSONAL AND CONFIDENTIAL**
IF THIS MAIL IS NOT ADDRESSED TO YOU,
**DO NOT OPEN**
**RETURN TO POSTAL CARRIER UNOPENED**

**FIRST CLASS MAIL**

GUY GENTILE
1717 ROUTE 6
CARMEL, NY 10512

7/7/2016    cf2rbRARRV5QPWQW9IBjgkRlfg0GIXTz56SnRxiFdBC9JbbcFqDXzSk-TX6JgZ0ROlXlhkHv8s6ylHme4vWKSsTfhbHF7tlIEkkkHEb9jfdLcewz2USGd0J-w…

Case 2:16-cr-00155-JLL   Document 14-17   Filed 07/14/16   Page 3 of 5 PageID: 228

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                              NCN E20151610000000220437

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
            - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                            FBI UCN         DATE REQUESTED
GENTILE,GUY                     176220RD9       2015/06/10

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1976/07/03  602     185     BRO   BRO

BIRTH PLACE
NEW YORK

PATTERN CLASS                   CITIZENSHIP
RS      WU                      UNITED STATES


1-ARRESTED OR RECEIVED 2012/07/13
   AGENCY-FBI NEWARK (NJFBINK00)
   AGENCY CASE-318C118788

   FINGERPRINT INFORMATION
     BSI/20001800069546
     PRINT DATE/2012/07/13

   PHOTO INFORMATION - 3 PHOTOS AVAILABLE
     BSI/40007853438
     POSE/ DESC/
     PHOTO DATE/2012/07/13
     BSI/40007853437
     POSE/ DESC/
     PHOTO DATE/2012/07/13
     BSI/40007853436
     POSE/ DESC/
     PHOTO DATE/2012/07/13


END OF PART 1 - PART 2 TO FOLLOW

7/7/2016  I9SIE_IfTGSmwznC8kcv3g3WcFnnRkQ6gSN1Lu1MQgpYWsCBLK17MttBwkU0EeyJLq2njxd-IQAhy9i2e4i7jlUBRyGEz5tE36p6VuE71DmgbvvliN1vE1O…

Case 2:16-cr-00155-JLL   Document 14-17   Filed 07/14/16   Page 4 of 5 PageID: 229

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z
TCN 20150610173729
AGENCY CASE 2415038-2415088

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:

NAME GENTILE,GUY

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1976/07/03 | 602 | 195 | BROWN | BROWN |

STATE ID          BIRTH PLACE
NULL              NEW YORK

OTHER BIRTH                                    SOCIAL
DATES            SCARS-MARKS-TATTOOS           SECURITY       MISC NUMBERS

NONE             NONE                          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    NONE

ALIAS NAME(S)
NONE

END OF COVER SHEET

7/7/2016 mqZt5D1YcvRPRTPezyfe2YUWR42Ze7KIJeY8A9WQrWO7MCtaHS1BRb6fiMmURfqqLlF-3-bnbaN6Cb4EOy_0-s37gTeHVnlf_VIIZWSUjt2o9OcrkYCIlm…

Case 2:16-cr-00155-JLL Document 14-17 Filed 07/14/16 Page 5 of 5 PageID: 230

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000001Z
PART 2

NCN E2015161000000220437

- FBI IDENTIFICATION RECORD - FBI UCN-176220RD9

CHARGE 1-2608 - FRAUD BY WIRE TITLE 18 USC 1343

RECORD UPDATED 2015/06/10

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.