# Exhibit O

Tuesday, May 24, 2016 at 12:46:52 PM Eastern Daylight Time

**Subject:** Fwd: Target- I'm concerned
**Date:** Friday, March 14, 2014 at 9:37:18 PM Eastern Daylight Time
**From:** Adam Ford
**To:** Gurbir S. Grewal

Sent from my iPhone

Begin forwarded message:

> **From:** Guy Gentile <guy@stockusainc.com>
> **Date:** March 14, 2014 at 8:48:45 PM EDT
> **To:** Adam Ford <aford@harrisobrien.com>, "Adam C. Ford" <adamcford@gmail.com>
> **Subject: Target- I'm concerned**
>
> Shams Patel: Yo
> Shams Patel: Funny inquiry came in on that private placement you were supposed to do with that oil company from the FBI
> Guy Gentile: When?
> Shams Patel: You dont know?
> Guy Gentile: Which symbol? Where can I find the info
> Guy Gentile: Not the one I'm working on?
> Guy Gentile: Fuck please no that one
> Shams Patel: Buddy what r u talking about you and your friend ron were going to do a wire. They are inquiring about your wire and why you were making the wire and what was it for.
> Guy Gentile: What are you talking about? HPBE?
> Guy Gentile: I don't see any news on it
> Guy Gentile: Ohh sorry I miss understood what you were referring too. But now I'm more worried. What and why are they asking
> Shams Patel: Do u kno what im talking about now
> Shams Patel: Theres something fucked up on your end....
> Guy Gentile: Yes.
> Guy Gentile: I'm a bit scared right now
> Shams Patel: So is it your friend? Or?
> Guy Gentile: I don't know how this could of happened
> Guy Gentile: What should I do
> Shams Patel: Lol. I hope your not playing me.
> Guy Gentile: I hope your joking.
> Guy Gentile: Because that really stressed me out just now
> Guy Gentile: I have 5 new grey hairs
> Shams Patel: Im not joking about anything ive told u
> Guy Gentile: You have to be. Because it's doesn't make since
> Guy Gentile: Sense
> Guy Gentile: Why would any one ask why I didn't do a wire?
> Shams Patel: I swear to god
> Guy Gentile: That's just too crazy for me to believe
> Guy Gentile: How did they ask?
> Guy Gentile: Letter or phone
> Shams Patel: Phone

Page 1 of 2

Guy Gentile: Who would they even call
Shams Patel: phone the bank direct.
Guy Gentile: So you saying the fbi called the bank to ask why I didn't send a wire?
Guy Gentile: That's stupid
Guy Gentile: I can see if I sent it, maybe someone asking
Shams Patel: Call me
Guy Gentile: Not trusting this phone after this. I'm going get a new one in AM. Then I'll call you.
Shams Patel: This is not a joke btw
Guy Gentile: Grill who ever told you this to get more details
Guy Gentile: When did you find out
Guy Gentile: Did they say my name?


Sent from my iPhone