# EXHIBIT P

Tuesday, May 24, 2016 at 11:09:06 AM Eastern Daylight Time

**Subject:** Guy Gentile
**Date:** Wednesday, July 22, 2015 at 10:58:33 AM Eastern Daylight Time
**From:** Adam Ford
**To:** Grewal, Gurbir (USANJ), Grippo, Nicholas (USANJ)
**CC:** Jim Keneally

Gurbir and Nick,

Are one or both of you available for a very short call today regarding Mr. Gentile. There was a recent communication that we wanted to notify you of.

—Adam

Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
direct: (212) 858-0040
aford@harrisobrien.com