# Exhibit S

Tuesday, May 24, 2016 at 11:00:12 AM Eastern Daylight Time

**Subject:** Lee Higgins Tweets
**Date:** Tuesday, October 14, 2014 at 5:18:57 PM Eastern Daylight Time
**From:** Adam Ford
**To:** Grippo, Nicholas (USANJ)
**CC:** Gurbir S. Grewal



Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
direct: (917) 512-6937
aford@harrisobrien.com



**Lee Higgins**
@LeeHiggins

Follow

Putnam D.A. says U.S. Attorney's Office and FBI spoke to him about Guy Gentile lohud.us/1vE2cxn via @lohud

**Adam Levy testifies about relationship with ex-trainer**
Putnam County District Attorney Adam Levy testified in a $5 million defamation case about his relationship with his former, live-in personal trainer who was charged ...
lohud.com

3:50 AM - 4 Oct 2014

© 2016 Twitter   About   Help   Terms   Privacy   Cookies   Ads info