# Exhibit T

Tuesday, May 24, 2016 at 2:02:18 PM Eastern Daylight Time

**Subject:** Call
**Date:** Wednesday, May 28, 2014 at 5:10:50 PM Eastern Daylight Time
**From:** Adam Ford
**To:** Gurbir S. Grewal

Hey Gurbir,

Do you have time for a quick call regarding Mr. Gentile. He has been appointed a directorship and wanted to run some things by you.

--Adam

Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
direct: (917) 512-6937
aford@harrisobrien.com