UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUY GENTILE,<br>            Defendant. | Civil Action No.: 16-cr-155 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant Guy Gentile's Motion to Dismiss the Indictment (ECF No. 14). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 30th day of January, 2017,

**ORDERED** that Defendant's Motion to Dismiss the Indictment (ECF No. 14) is hereby GRANTED; and it is further

**ORDERED** that Indictment (ECF No. 1) is hereby DISMISSED; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter closed.

**SO ORDERED.**

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE