UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, U.S.D.J. |
| Appellant | : | |
| v. | : | Crim. No. 16-155 |
| | : | |
| GUY GENTILE | : | **Notice of Appeal** |
| Appellee | : | |

Notice is hereby given that, pursuant to pursuant to 18 U.S.C. § 3731, the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order dated and entered January 30, 2017 [Docket Entry 33] dismissing the Indictment, as explained in the District Court's accompanying Opinion [Docket Entry 32]. This notice is being filed protectively, to permit the Solicitor General of the United States sufficient time to determine whether to pursue an appeal.

               Respectfully submitted,

               PAUL J. FISHMAN
               UNITED STATES ATTORNEY

             By: Mark E. Coyne
                Assistant U. S. Attorney
                Chief, Appeals Division

March 1, 2017
Newark, New Jersey

## CERTIFICATION OF SERVICE

I hereby certify that on March 1, 2017, I caused a copy of the attached Notice of Appeal to be served electronically, using the Court's CM/ECF system, by Notice of Electronic Filing on the following Filing Users:

    Adam C. Ford, Esq.
    Ford O'Brien LLLP
    aford@fordobrien.com

    Joseph Tacopina, Esq.
    Chad D. Seigel, Esq.
    Tacopina Seigel & Turano PC
    cseigel@tacopinalaw.com

_____
Mark E. Coyne
Assistant U. S. Attorney
Chief, Appeals Division
973.297.2002

Dated: March 1, 2017